170 A.3d 946

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
FRANCIS MITCHELL, DEFENDANT–PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001198–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 946

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
BRYAN BAJAKIAN, DEFENDANT–PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004742–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.